

# NUMBER 13-13-00208-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GEORGINA CASTAN AND
JULIE JARAMILLO,                                                    Appellants,

## v.

SPENCER GIFTS, LLC AND
JAVIER GARCIA, INDIVIDUALLY,                                        Appellees.

### On appeal from the 357th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

Appellants, Georgina Castan and Julie Jaramillo, perfected an appeal from a judgment entered by the 357th District Court of Cameron County, Texas, in cause number 2011-DCL-4340-E. Appellants have filed a motion to dismiss the appeal on

grounds that the parties have settled and resolved all matters between them. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
21st day of November, 2013.

2